# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2009

Marilyn Kelly,
Chief Justice

137587

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

GERALD LEE BEELBY,
       Defendant-Appellant.

SC: 137587
COA: 276998
Oakland CC: 2006-206274-FH

_____/

     On order of the Court, the application for leave to appeal the August 26, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2009

_____
Clerk

s0518